*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DESHAWN LEE CAMPBELL,** | C05-03563 RMW |
| Petitioner, | [] ORDER |
| v. | |
| **EDWARD FLORES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **June 5, 2009**, an answer or other responsive pleading to the petition for writ of habeas corpus.  If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated:  __4/14/09_____      _____
RONALD M WHYTE, JUDGE
United States District Court

[] Order - C 05-03563 RMW